456 A.2d 1088

Commonwealth v. Clinton, Appellant.

Submitted November 15, 1982. Thomas H.A. Gallagher, for appellant; Jane

Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.